# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50027-1,2&3 | **DATE** | June 17, 2008 |
| **CASE TITLE** | USA VS ERNESTO MARTINEZ, LOUIS GUAJARDO & CHRISTOPHER TONEY | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## GRAND JURY PROCEEDINGS

**DOCKET ENTRY:**

The Grand Jury for the February 2008 Session, a quorum being present, returns the above-entitled indictment in open Court this date before HONORABLE JUDGE P. MICHAEL MAHONEY

Arraignments set for June 19, 2008 at 10:00 am

Grand Jury for the February 2008 Session,

By: _____ Foreperson.

United States Attorney: Michael Iasparro

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | | number of notices |
| | Notices mailed by judge's staff. | **FILED** | |
| | Notified counsel by telephone. | | date docketed |
| ✓ | Docketing to mail notices. | JUN 17 2008 | |
| | Mail AO 450 form. | MAGISTRATE JUDGE P. MICHAEL MAHONEY | docketing deputy initials |
| | Copy to judge/magistrate judge. | United States District Court | date mailed notice |
| GG | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials |

Document Number