UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>   )<br>vs.   )<br>   )<br>ERNESTO A. MARTINEZ,   )<br>   also known as "Nesto,"   )<br>LOUIS GUAJARDO, JR.,   )<br>   also known as "Papa Johns," and )<br>CHRISTOPHER E. TONEY,   )<br>   also known as "Villain"   ) | No.  08CR50027<br><br>Magistrate Judge P. Michael Mahoney |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

   Name:   Ernesto A. Martinez, a/k/a/ "Nesto"
   Date of Birth: 11/27/1988
   Sex:   Male
   Race:   Hispanic

   Name:   Louis Guajardo, Jr., a/k/a "Papa Johns"
   Date of Birth: 11/13/1986
   Sex:   Male
   Race:   Hispanic

   Name:   Christopher E. Toney, a/k/a/ "Villain"
   Date of Birth: 3/24/1990
   Sex:   Male
   Race:   Black

FILED
JUN 17 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

have been and now are, in due form and process of law, detained at the following institution:

WINNEBAGO COUNTY JAIL.

1

Your petitioner further represents to Your Honor that the said prisoners have been charged in the Western Division of the Northern District of Illinois with violations of Title 18, United States Code, Sections 1201(c) and 924(c)(1)(A), and are now wanted in such division and district on Thursday, June 19, 2008, at 10:00 a.m., for arraignment before Magistrate Judge P. Michael Mahoney.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

Kim R. Widup
United States Marshal
Northern District of Illinois
211 S. Court Street
Rockford, Illinois 61101

Richard Meyers, Sheriff
Winnebago County Jail
650 West State Street
Rockford, Illinois 61102

commanding them to produce the body of the said prisoners before this Court at said time and on said date, and that when the said prisoners shall be so produced pursuant to said Writ, and that when these proceedings have been concluded, that ERNESTO A. MARTINEZ, LOUIS GUAJARDO, JR., and CHRISTOPHER E. TONEY be returned forthwith to said institution from which they were brought.

Respectfully submitted,

PATRICK J. FITZGERLAD
United States Attorney

By: _____
MICHAEL F. IASPARRO
Assistant United States Attorney
308 West State Street - Suite 300
Rockford, Illinois 61101
(815) 987-4444

2