# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF

| US | v.s. MARTINEZ | FOR NORTHERN DISTRICT OF ILLINOIS | LOCATION NUMBER |
| | | AT WESTERN DIVISION | |

| PERSON REPRESENTED (Show your full name) | | DOCKET NUMBERS |
| ► CHRISTOPHER E. TONY | 1 ☒ Defendant—Adult | Magistrate |
| | 2 ☐ Defendant - Juvenile | |
| | 3 ☐ Appellant | District Court |
| CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor | 4 ☐ Probation Violator | 08-CR-50027 |
| 18 USC §§ 1201(a) + 924(c)(1)(a) | 5 ☐ Parole Violator | Court of Appeals |
| | 6 ☐ Habeas Petitioner | |
| | 7 ☐ 2255 Petitioner | |
| | 8 ☐ Material Witness | |
| | 9 ☐ Other | |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

|  |  |
|---|---|
| **EMPLOYMENT** | Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed |
| | Name and address of employer: |
| | IF YES, how much do you earn per month? $ _____  IF NO, give month and year of last employment _____  How much did you earn per month? $ _____ |
| | If married is your Spouse employed? ☐ Yes ☐ No |
| | IF YES, how much does your Spouse earn per month? $ _____  If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____ |

**ASSETS**

| **OTHER INCOME** | Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No |
|---|---|
| | RECEIVED / SOURCES |
| | IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____ |

| **CASH** | Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ _____ |
|---|---|

| **PROPERTY** | Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No |
|---|---|
| | VALUE / DESCRIPTION |
| | IF YES, GIVE THE VALUE AND $ DESCRIBE IT |

**OBLIGATIONS & DEBTS**

| **DEPENDENTS** | MARITAL STATUS | Total No. of Dependents | List persons you actually support and your relationship to them |
|---|---|---|---|
| | ☒ SINGLE | 0 | |
| | ☐ MARRIED | | |
| | ☐ WIDOWED | | |
| | ☐ SEPARATED OR DIVORCED | | |

| **DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.) | APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|---|
| | NONE | | $ _____ | $ _____ |
| | | | $ _____ | $ _____ |
| | | | $ _____ | $ _____ |
| | | | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6/19/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ► *[signature]*

FILED
JUN 19 2008
MAGISTRATE JUDGE MICHAEL MAHONEY
United States District Court