# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50027 - 3 | **DATE** | 6/25/2008 |
| **CASE TITLE** | USA vs. CHRISTOPHER TONEY | | |

**DOCKET ENTRY TEXT:**

Detention hearing held. Enter order of detention pending trial.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|

Case 3:08-cr-50027    Document 23    Filed 06/25/2008    Page 1 of 1

08CR50027 - 3 USA vs. CHRISTOPHER TONEY                Page 1 of 1