8CR50027-3

9/1/08

To the honorable Judge Mahoney, Sir my name is Christopher Toney. I Am writing to you today about a Serious matter. My attorney Robert M. Fagan Has been doing nothing for me, and so far I have been doing all the work on my case, like trying to find points of law when I am only 18 years old and I barley understand Federal laws. Mr Fagan also does not know wich Direction to go in with my case I Also feel very uncomfortable in telling Mr. Fagan details about my case. If possible I would ask that the court apoint me a better Federal Deffender that does not work in Mr. Fagans law firm. Mr. Fagan Also has a Collect call blocker on his line so from ogle County Jail I cant even call him. Thank you for your time.

Christopher Toney
Ogle County Jail
P.O. Box 217
Oregon IL, 61061

**FILED**
SEP 03 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court