UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO.  08 - CR - 50027-3 |
| v. ) | |
| ) | |
| CHRISTOPHER TONEY, ) | Judge Kapala |
| ) | Magistrate Judge Mahoney |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR COMPETENCY EXAMINATION**

NOW COMES Defendant Christopher Toney, by and through his attorney, Robert M. Fagan, and pursuant to Federal Rule of Criminal Procedure 12(b), Title 18 U.S.C. § 4241(a) & (b) and *Chichakly v. United States,* 926 F.2d 624, 623 (7th Cir. 1991), respectfully requests this court order a psychiatric and/or psychological examination of the Defendant, and that a report be filed with the court, pursuant to Title 18 U.S.C. § 4247(b) & ( c), to determine if any grounds exist for a competency hearing.  Defendant requests said examination be done to determine whether Defendant is presently suffering from a mental disease or defect which would render him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  In support of Defendant's Motion, undersigned counsel respectfully refers the court to his attached affidavit.

WHEREFORE, Defendant Christopher Toney, respectfully requests that this court authorize a licensed psychiatrist and/or psychologist to conduct a competency examination to determine if the Defendant is mentally competent to understand the nature and consequences of the proceedings against him and whether his is capable of assisting in his own defense.

Respectfully submitted,

Christopher Toney, Defendant

By: _____
Robert M. Fagan
Attorney for the Defendant

Law Offices of Robert M. Fagan, Ltd.
210 Lincoln - Douglas Center
10 North Galena Avenue
Freeport, IL 61032-4360
815.233.5800
815.232.5500
Fagan@prodigy.net

| STATE OF ILLINOIS | ) | | |
|---|---|---|---|
| | ) | SS | **AFFIDAVIT** |
| STEPHENSON COUNTY | ) | | |

NOW COMES Robert M. Fagan, under oath, and hereby states as follows:

1. That I am the attorney for the Defendant, Christopher Toney, in the above entitled cause of action.

2. That I have spent at least six hours in conference with Mr. Toney over the last three months. I have repeatedly informed him of the nature and basis of the criminal charges he is facing, both orally and in writing.

3. Prior to the conclusion of each of our meetings Mr. Toney claims he understands the charges against him, the criminal process, and his options. I then subsequently receive written communications from Mr. Toney, and telephone calls from his Mother, Ethel Toney, claiming that he does not understand what is going on. See Exhibits A & B. More specifically:

    i. After requesting that Mr. Toney review his discovery material to note any discrepancies between his co-defendants' statements and their telephone records, I received a written communication from Mr. Toney suggesting that my request was inappropriate because I know that he does not understand what is going on.

    ii. Mr. Toney has insisted, prior to either his trial or his acceptance of responsibility, that I immediately file motions for a lenient sentence based upon his minimal role in the offense, his age and his lack of understanding.

    iii. After explaining the option of offering a proffer to the government and explaining the procedure involved, Mr. Toney instructed me to arrange for a proffer with the government. I then received a written document from him claiming to be his proffer, but instructing me not to file it.

    iv. After explaining the option of entering into a plea agreement with the government Mr. Toney instructed me to request a draft plea agreement for his review. Upon receipt of the draft plea agreement Mr. Toney suggested I did not understand his case because if I did I would never have sent him the draft plea agreement.

    v. After Mr. Toney completed a detailed review of the discrepancies within his

          vi.      co-defendants' statements and their telephone records, Mr. Toney has insisted that I file a motion to dismiss his case.

          vi.      While talking with Mr. Toney he appears, at times, to have a blank affect or expression, though he maintains eye contact. This has caused me to ask him, repeatedly, if he is understanding me.

          vii.     Mr. Toney has had angry outbursts, including his termination of at least one meeting by leaving the conference room at the Ogle County Jail, when I have attempted to focus his attention on matters relevant to the charges he faces.

4.      That I lack the requisite medical or psychological training to determine if Mr. Toney has the present mental capability to consult with me with a reasonable degree of rational as well as factual understanding of the proceedings against him or if he just refuses to do so.

## CERTIFICATION

After first being duly placed on oath, the undersigned states that he is the person in the above and foregoing document by himself subscribed, that he has read the same, and that the statements contained therein are true and correct, in substance and in fact, based upon information and belief.

Signed: _____
Robert M. Fagan
Attorney for Defendant Christopher Toney

Subscribed and sworn to before me
on this 4th day of September, 2008.

_____
Notary Public
Notary Public

OFFICIAL SEAL
ANTHONY V COON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/27/11

Notary Stamp/Seal

**FILE**

7/25/08

Dear Mr. Fagon, My case is a very serious situation and I do not think you care as much as I do. You also know that I really do not understand what is going on, But yet you told me to find something in my Discovery. Mr. Fagon on August 17th I will TERMINATE you as my lawyer. So is stead of makeing any plea agrements we will be letting the Judge now that I will need another Federal Attourney. Thank you for your time

Exhibit A

8CR50027-3

9/1/08

To the honorable Judge Mahoney, Sir my name is Christopher Toney. I Am writing to you today about a Serious matter. My attorney Robert M. Fagan Has been doing nothing for me, and so far I have been doing all the work on my Case, like trying to find points of law when I am only 18 years old and I barley understand Federal laws. Mr Fagan also does not Know wich Direction to go in with my case I Also feel very uncomfortable in telling Mr. Fagan details about my case. If possible I would ask that the court apoint me a better Federal Deffender that does not work in Mr. Fagans law firm. Mr. Fagan Also has a Collect call blocker on his line So from ogle County Jail I Cant even call him. Thank you for your time.

Christopher Toney
Ogle County Jail
P.O. Box 217
Oregon IL, 61061

**FILED**
SEP 03 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

Exhibit B